United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18098-amc
Kevin M. Carroll, Jr.                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1            Date Rcvd: Dec 18, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db             +Kevin M. Carroll, Jr.,   157 Mifflin Street,   Philadelphia, PA 19148-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Kevin M. Carroll, Jr. spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 3

```
                 UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         :     CHAPTER 13
                               :
KEVIN M. CARROLL, JR.          :
                               :
         DEBTOR                :     NO. 17-18098 (AMC)
```

## ORDER

**AND NOW**, this 18th day of December, 2017, upon consideration of the Debtor's Motion for Extension of Time to File the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor may file the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2 on or before January 8, 2018.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Frederic J. Baker, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

```
William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Kevin M. Carroll, Jr.
157 Mifflin Street
Philadelphia, PA 19148
```