```
11/28/17  -------------- MARINE INFORMATION TECHNOLOGY -------------- 13:37:03
                              GREENWICH TERMINALS LLC
                              EMPLOYEE CHECK DETAIL

  Employee Name:  KEVIN CARROLL                   SS#        8013
  Address:        157 MIFFLIN STREET              Port# :   80130    ( GRT )
                  PHILADELPHIA PA                 Pay Type: I.L.A.

==============================================================================
       CHECK#: 211045         CHECK DATE: 10/05/17     G/L ACCOUNT
       STATUS: CLEARED        PERIOD ENDING: 10/01/17

       H O U R S          E A R N I N G S        T A X E S         M I S C.  D E D
  REG (PAK)  16.00    REG.      544.00      FED. W/T    158.15    UN.DUES    74.79
  VAC                 O/T       816.00      SOC.SEC.     92.75    DED 1
  SCK                 Q/T                   MEDICARE     21.69    401K
  PER                 DBL.      136.00      STATE        45.93    HLTH.
  HOL                 MISC.                 PHILA CWT    58.20    DNT.
  O/T (PAK)  16.00    WIN                   LOCAL TAX             GTL INS
  Q/T                 GROSS   1,496.00      UNEM/DISB     1.05    EIC PAY
  DBL (PAK)   2.00
                                                    ** NET PAY   1,043.44  **
  PR3082    --------------------------------------------------------- JOHNSONS
                              Cmd1 - Exit
```

```
11/28/17  -------------- MARINE INFORMATION TECHNOLOGY -------------- 13:37:12
                              GREENWICH TERMINALS LLC
                               EMPLOYEE CHECK DETAIL

  Employee Name:  KEVIN CARROLL                   SS       -8013
  Address:        157 MIFFLIN STREET              Port# :  80130   ( GRT )
                  PHILADELPHIA PA                 Pay Type: I.L.A.

================================================================================
        CHECK#: 211572          CHECK DATE: 10/12/17    G/L ACCOUNT#:
        STATUS: CLEARED       PERIOD ENDING: 10/08/17
         H O U R S         E A R N I N G S       T A X E S        M I S C.  D E D
  REG (PAK)  23.00     REG.      805.00     FED. W/T   154.25   UN.DUES      73.50
  VAC                  O/T       525.00     SOC.SEC.    91.14   DED 1
  SCK                  Q/T                  MEDICARE    21.32   401K
  PER                  DBL.      140.00     STATE       45.13   HLTH.
  HOL                  MISC.                PHILA CWT   57.19   DNT.
  O/T (PAK)  10.00     WIN                  LOCAL TAX           GTL INS
  Q/T                  GROSS   1,470.00     UNEM/DISB    1.03   EIC PAY
  DBL (PAK)   2.00
                                                     ** NET PAY   1,026.44   **
  PR3082   ------------------------------------------------------------ JOHNSONS
                                Cmd1 - Exit
```

## GREENWICH TERMINALS LLC — 101 S KING STREET — GLOUCESTER CITY, NJ 08030

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 10/15/17 | 10/19/17 | 212176 | 4106-10 | 59.00 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 24.00 | 840.00 | PAK REGULAR | 42.00 | UNION DUES | | 1501.27 | YTD UNION DUES |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 840.00 | 59.75 | 52.08 | 12.18 | 25.79 | .59 | 32.68 | $******614.93 |
| YTD | 30,158.75 | 3,367.48 | 1,869.82 | 437.31 | 925.87 | 21.11 | 1,174.19 | |

## GREENWICH TERMINALS LLC — 101 S KING STREET — GLOUCESTER CITY, NJ 08030

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 10/22/17 | 10/26/17 | 212621 | 4106-10 | 82.00 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 12.00 | 420.00 | PAK REGULAR | 47.28 | UNION DUES | | 1548.55 | YTD UNION DUES |
| 8.00 | 349.88 | PAK OVERTIME | | | | | |
| 3.00 | 176.00 | PAK DOUBLE | | | | | |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 945.88 | 75.63 | 58.64 | 13.72 | 29.04 | .66 | 36.80 | $******684.11 |
| YTD | 31,104.63 | 3,443.11 | 1,928.46 | 451.03 | 954.91 | 21.77 | 1,210.99 | |

## GREENWICH TERMINALS LLC — 101 S KING STREET — GLOUCESTER CITY, NJ 08030

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 10/29/17 | 11/02/17 | 213224 | 4106-10 | 130.50 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 40.00 | 1400.00 | PAK REGULAR | 93.18 | UNION DUES | | 1641.73 | YTD UNION DUES |
| 7.50 | 393.75 | PAK OVERTIME | | | | | |
| 1.00 | 70.00 | PAK DOUBLE | | | | | |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 1,863.75 | 221.51 | 115.55 | 27.02 | 57.22 | 1.30 | 72.51 | $****1,275.46 |
| YTD | 32,968.38 | 3,664.62 | 2,044.01 | 478.05 | 1,012.13 | 23.07 | 1,283.50 | |

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 11/05/17 | 11/09/17 | 213806 | 4106-10 | 163.00 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 27.00 | 945.00 | PAK REGULAR | 62.56 | UNION DUES | | 1704.29 | YTD UNION DUES |
| 4.50 | 236.25 | PAK OVERTIME | | | | | |
| 1.00 | 70.00 | PAK DOUBLE | | | | | |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 1,251.25 | 121.44 | 77.58 | 18.14 | 38.41 | .88 | 48.68 | $******883.56 |
| YTD | 34,219.63 | 3,786.06 | 2,121.59 | 496.19 | 1,050.54 | 23.95 | 1,332.18 | |

**GREENWICH TERMINALS LLC**  **101 S KING STREET**  **GLOUCESTER CITY, NJ 08030**

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 11/12/17 | 11/16/17 | 214315 | 4106-10 | 193.00 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 30.00 | 1050.00 | PAK REGULAR | 52.50 | UNION DUES | | 1756.79 | YTD UNION DUES |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 1,050.00 | 91.25 | 65.10 | 15.23 | 32.24 | .74 | 40.85 | $******752.09 |
| YTD | 35,269.63 | 3,877.31 | 2,186.69 | 511.42 | 1,082.78 | 24.69 | 1,373.03 | |

**GREENWICH TERMINALS LLC**  **101 S KING STREET**  **GLOUCESTER CITY, NJ 08030**

| Port No. | Soc. Sec. No. | Name | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | 11/19/17 | 11/22/17 | 214755 | 4106-10 | 225.00 |

| Hours | Earnings | Type | Deduction/Pmnt | Type | | Misc YTD | Type |
|---|---|---|---|---|---|---|---|
| 32.00 | 1120.00 | PAK REGULAR | 56.00 | UNION DUES | | 1812.79 | YTD UNION DUES |

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 1,120.00 | 101.75 | 69.44 | 16.24 | 34.38 | .78 | 43.58 | $******797.83 |
| YTD | 36,389.63 | 3,979.06 | 2,256.13 | 527.66 | 1,117.16 | 25.47 | 1,416.61 | |

| Port No. | Soc. Sec. No. | Name | | Period Ending | Check Date | Check Number | Account No | Cntrct Hrs |
|---|---|---|---|---|---|---|---|---|
| 80130 | *****8013 | KEVIN CARROLL JR | | 11/26/17 | 11/30/17 | 215368 | 4106-10 | 241.00 |
| Hours | Earnings | Type | Deduction/Pmnt | Type | | | Misc YTD | Type |
| 16.00 | 560.00 | PAK REGULAR | 28.00 | UNION DUES | | | 1840.79 | YTD UNION DUES |

GREENWICH TERMINALS LLC — 101 S KING STREET — GLOUCESTER CITY, NJ 08030

| | Gross | Fed Income Tax | Soc Sec Tax | Medicare Tax | State tax | UC/Dsb | City Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|
| This Pay | 560.00 | 23.79 | 34.72 | 8.12 | 17.19 | .39 | 21.79 | $******426.00 |
| YTD | 36,949.63 | 4,002.85 | 2,290.85 | 535.78 | 1,134.35 | 25.86 | 1,438.40 | |