# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-18098-AMC

KEVIN M CARROLL JR

157 MIFFLIN STREET

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN M CARROLL JR

    157 MIFFLIN STREET

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                                              /S/ William C. Miller

Date: 2/7/2018                               _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee