# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN M. CARROLL, JR. | : | |
| | : | |
| DEBTOR | : | NO. 17-18098 (AMC) |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on June 5, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __July 17__, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Oder on all creditors and interested parties and file a Certification of Service on or before __June 25, 2018__.

**Date: June 5, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    David B. Spitofsky, Esquire
       516 Swede Street
       Norristown, PA 19401

Kevin M. Carroll, Jr.
157 Mifflin Street
Philadelphia, PA 19148

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105