United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18098-amc
Kevin M. Carroll, Jr.                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2           Date Rcvd: Jun 06, 2018
                              Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db          +Kevin M. Carroll, Jr.,    157 Mifflin Street,    Philadelphia, PA 19148-1903
14022398    +Anthony Branch,    5820 Master Street,    Philadelphia, PA 19131-4129
14022399    +Apothaker Scian, P.C.,    520 Fellowship Road,    Suite C306,    P.O. Box 5496,
              Mount Laurel, NJ 08054-5496
14022400    +City of Philadelphia,    P.O. Box 56318,    Philadelphia, PA 19130-6318
14022395    +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
              Norristown, PA 19401-4807
14022403    +Jade Carroll,    157 Mifflin Street,    Philadelphia, PA 19148-1903
14022404    +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
14031693    +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Pennsylvania Housing Finance,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14022407    +Police and Fire Fed Cred Union,    901 Arch Street,    Philadelphia, PA 19107-2495
14022408    +Scott R. Gallant, Esquire,    One Penn Center, Suite 1270,    1617 JFK Boulevard,
              Philadelphia, PA 19103-1821
14022409     TD Bank USA/Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:25     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:16:57
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2018 02:17:17     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14037213    +E-mail/Text: g20956@att.com Jun 07 2018 02:17:37     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
14110402     E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:25     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14022401    +E-mail/Text: bankruptcy@philapark.org Jun 07 2018 02:17:42     City of Philadelphia,
              P.O. Box 41818,    Philadelphia, PA 19101-1818
14022397    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 07 2018 02:17:06     Frederic J. Baker, Esquire,
              Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14022402     E-mail/Text: cio.bncmail@irs.gov Jun 07 2018 02:16:45     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
14049787     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:45
              LVNV Funding LLC, c/o Resurgent Capital Services,    P.O. Box 10675,
              Greenville, SC 29603-0675
14022405    +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:46     LVNV Funding, Inc.,
              PO Box 10497,    Greenville, SC 29603-0497
14051075    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2018 02:17:06     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14067942    +E-mail/Text: blegal@phfa.org Jun 07 2018 02:17:08     PENNSYLVANIA HOUSING FINANCE AGENCY,
              211 North Front Street,    Harrisburg, PA 17101-1406
14022406    +E-mail/Text: blegal@phfa.org Jun 07 2018 02:17:08     PHFA-HEMAP,    211 North Front Street,
              P.O. Box 15057,    Harrisburg, PA 17105-5057
14022410    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 07 2018 02:16:40
              Verizon,    P.O. Box 650584,    Dallas, TX 75265-0584
14022411     E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:24     Water Revenue Bureau,
              1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14022396*   +Kevin M. Carroll, Jr.,    157 Mifflin Street,    Philadelphia, PA 19148-1903
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia            Page 2 of 2          Date Rcvd: Jun 06, 2018
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Kevin M. Carroll, Jr. spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN M. CARROLL, JR. | : | |
| | : | |
| DEBTOR | : | NO. 17-18098 (AMC) |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on June 5, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __July 17__, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Oder on all creditors and interested parties and file a Certification of Service on or before __June 25, 2018__.

**Date: June 5, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    David B. Spitofsky, Esquire
       516 Swede Street
       Norristown, PA 19401

Kevin M. Carroll, Jr.
157 Mifflin Street
Philadelphia, PA 19148

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105