## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN M. CARROLL, JR. | : | |
| | : | |
| DEBTOR | : | NO. 17-18098 (AMC) |

### CERTIFICATE OF NO RESPONSE

    I, David B. Spitofsky, Esquire, hereby certify that as of this date, July 16, 2018, in accordance with paragraph 4 of this Court's June 5, 2018 Order, no other party has asserted an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b).

July 16, 2018

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net